CO-386-online
10/03

# United States District Court
# For the District of Columbia

Burlington Drug Co.,            )
Dik Drug Co.,                   )
King Drug Co. of Florence,      )
Inc.                            )
          Plaintiff             )       Civil Action No._____
      vs                        )
AstraZeneca Pharmaceuticals L.P.,)
AstraZeneca L.P.,               )
Zeneca, Inc.,                   )
Zeneca Holdings, Inc.           )
          Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Burlington Drug Co.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Burlington Drug Co.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__912899__
BAR IDENTIFICATION NO.

David U. Fierst
Print Name
Stein, Mitchell & Mezines, L.L.P.
1100 Connecticut Avenue, N.W.
Address
Suite 1100
Washington, D.C.    20036
City          State        Zip Code

202-737-7777
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Burlington Drug Co., )
Dik Drug Co., )
King Drug Co. of Florence, )
Inc. )
            Plaintiff )   Civil Action No._____
    vs
AstraZeneca Pharmaceuticals L.P., )
AstraZeneca L.P., )
Zeneca, Inc., )
Zeneca Holdings, Inc. )
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Dik Drug Co.___ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ___Dik Drug Co.___ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

___912899___
BAR IDENTIFICATION NO.

David U. Fierst
Print Name
Stein, Mitchell & Mezines, L.L.P.
1100 Connecticut Avenue, N.W.
Address
Suite 1100
Washington, D.C.   20036
City        State        Zip Code
202-737-7777
_____
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Burlington Drug Co.,           )
Dik Drug Co.,                  )
King Drug Co. of Florence,     )
Inc.                           )
           Plaintiff   )   Civil Action No._____
   vs
AstraZeneca Pharmaceuticals L.P., )
AstraZeneca L.P.,              )
Zeneca, Inc.,                  )
Zeneca Holdings, Inc.          )
           Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **King Drug. Co., of Florence, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **King Drug Co. of Florence, Inc.** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

912899
BAR IDENTIFICATION NO.

David U. Fierst
Print Name

Stein, Mitchell & Mezines, L.L.P.
1100 Connecticut Avenue, N.W.
Address
Suite 1100
Washington, D.C.     20036
City          State         Zip Code

202-737-7777
Phone Number