IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- X
Burlington Drug Company, Inc.; DIK Drug Company; and :
King Drug Company of Florence, Inc., :
:
              Plaintiffs, : Civil Case Number:
: 1:07-cv-00041-RWR
     v. :
:
AstraZeneca Pharmaceuticals, L.P.; :
AstraZeneca L.P.; Zeneca, Inc.; :
and Zeneca Holdings, Inc. :
:
              Defendants. :
------------------------------------- X

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to this action, as follows:

The date for Defendants AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.; Zeneca, Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca") to answer or otherwise respond is extended to February 2, 2007 with respect to the Complaint served on AstraZeneca or about January 12, 2007.

| By: /S/ | By: /S/ |
|---|---|
| David U. Fierst (D.C. Bar 912899) | Kristin G. Koehler (D.C. Bar # 464422) |
| Stein, Mitchell & Mezines LLP | SIDLEY AUSTIN LLP |
| 1100 Connecticut Ave, N.W. | 1501 K Street, N.W. |
| Suite 1100 | Washington, D.C. 20005 |
| Washington, D.C. 20036 | Ph. (202) 736-8000 |
| (202) 737-7777 | Fax (202) 736-8711 |
| (202) 296-8312 | *Attorney for Defendants* |
| (signed by Kristin G. Koehler with permission of David U. Fierst) | |
| *Attorney for Plaintiffs* | |

Dated: January 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- X
Burlington Drug Company, Inc.; DIK Drug Company; and :
King Drug Company of Florence, Inc., :
:
        Plaintiffs, : Civil Case Number:
: 1:07-cv-00041-RWR
   v. :
:
AstraZeneca Pharmaceuticals, L.P.; :
AstraZeneca L.P.; Zeneca, Inc.; :
and Zeneca Holdings, Inc. :
:
        Defendants. :
------------------------------------- X

### [PROPOSED] ORDER

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that the date for Defendants AstraZeneca Pharmaceuticals, L.P., AstraZeneca L.P.; Zeneca, Inc., and Zeneca Holdings, Inc. to answer or otherwise respond is extended to February 2, 2007.

SO ORDERED this _____ day of _____, 2007:

_____
Judge Richard W. Roberts

**Copies to:**

Mark E. Haddad (D.C. Bar No. 442547)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013

*Attorney for Defendants*

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, New York 10011

J. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Ste. 2000
New Orleans, LA 70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of January, 2007, served a true and correct copy of the foregoing on counsel of record in this proceeding, by electronic means, as well as on all counsel listed below by United States mail, properly addressed and first class postage prepaid.

/S/
Kristin G. Koehler

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, New York 10011

J. Gregory Odom
Stuart E. Des Roches
Charles F. Zimmer II
Odom & Des Roches LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Ste. 2000
New Orleans, LA 70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134