**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BURLINGTON DRUG COMPANY, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC.,<br><br>*Defendants*. | No. 1:07-cv-00041 (RWR) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d), defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), by and through undersigned counsel, hereby moves this Court for leave for Alycia A. Degen to appear as counsel *pro hac vice* in the above referenced case. In support of this Motion, the undersigned states:

1. Sidley Austin LLP has been retained as counsel for AstraZeneca in this case. Alycia A. Degen is an associate at the offices of Sidley Austin LLP at 555 West Fifth Street, Suite 4000, Los Angeles, California 90013. Her telephone number is (213) 896-6000 and her fax number is (213) 896-6600.

2. Ms. Degen is a member in good standing of the Bar of the State of California, since 2000, and as such is admitted to practice before the courts of the State of California.

3. Ms. Degen is also admitted to practice before the United States District Court for the Central District of California (since 2000), the United States District Court for the Northern District of California (since 2001), the United States District Court for the Eastern District of California (since 2001), the United States District Court for the Southern District of California (since 2001), and the United States Court of Appeals for the Ninth Circuit (since 2000).

4. Ms. Degen has not been admitted to any other Bar, nor to practice before any other Court.

5. Ms. Degen has not been subject to disciplinary action by any Bar or court.

6. Ms. Degen has not been admitted *pro hac vice* in this Court within the last two years.

7. The Declaration of Alycia A. Degen required by Local Civil Rule 83.2(d) is attached to this Motion as "Exhibit A."

In light of the foregoing, AstraZeneca respectfully requests that Alycia A. Degen be admitted to appear as counsel *pro hac vice* in the above referenced case. A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

/S/
Kristin G. Koehler (D.C. Bar # 464422)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Ph. (202) 736-8000
Fax (202) 736-8711

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BURLINGTON DRUG COMPANY, INC., et al.,

*Plaintiffs*,

v.

ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC.,

*Defendants*.

No. 1:07-cv-00041 (RWR)

**ORDER**

UPON CONSIDERATION of AstraZeneca's Motion for Admission *Pro Hac Vice* of Alycia A. Degen, and the grounds stated in support of the Motion, and the Declaration of Alycia A. Degen, and the entire record herein, it is hereby

ORDERED that AstraZeneca's Motion is granted; and it is

FURTHER ORDERED that Alycia A. Degen is admitted as AstraZeneca's counsel *pro hac vice* in this case.

So ordered on this _______ day of ____________________, 2007.

______________________________
Honorable Richard W. Roberts
United States District Judge

**Copies to**:

David U. Fierst
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10011

J. Gregory Odom
Stuart Des Roches
Charles Zimmer
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
PERCY, SMITH & FOOTE LLP
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brent B. Barriere
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130

Adam Moskowitz
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134

Mark E. Haddad
Joshua E. Anderson
Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

John W. Treece
David M. Schiffman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I caused a true and correct copy of the foregoing on below-listed counsel by electronic means, as well as all counsel listed below by United States mail, properly addressed and first class postage prepaid.

David U. Fierst
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

Daniel Berger
David F. Sorensen
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY 10011

David P. Smith
W. Ross Foote
PERCY, SMITH & FOOTE LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

J. Gregory Odom
Stuart Des Roches
Charles Zimmer
ODOM & DES ROCHES, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

Brent B. Barriere
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130

Adam Moskowitz
KOZYAK TROPIN & THROCKMORTON
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134

/S/
Kristin G. Koehler

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BURLINGTON DRUG COMPANY, INC., et al.,

*Plaintiffs*,

v.

ASTRAZENECA PHARMACEUTICALS L.P.; ASTRAZENECA L.P.; ZENECA, INC.; and ZENECA HOLDINGS, INC.,

*Defendants*.

No. 1:07-cv-00041 (RWR)

**DECLARATION OF ALYCIA A. DEGEN IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE***

I, Alycia A. Degen, do declare and state the following under penalty of perjury:

1. My full name is Alycia A. Degen.

2. I am an attorney at Sidley Austin LLP. My office is located at 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013. My telephone number is (213) 896-6000 and my fax number is (213) 896-6600.

3. I have been retained as counsel for defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. to appear as counsel *pro hac vice* in the above referenced case, pursuant to United States District Court of the District of Columbia Local Civil Rule 83.2(d).

4. I am a member in good standing of the Bar of the State of California, since 2000, and as such I am admitted to practice before the courts of the State of California.

5. I am also admitted to practice before the United States District Court for the Central District of California (since 2000), the United States District Court for the Northern District of California (since 2001), the United States District Court for the Eastern District of California (since 2001), the United States District Court for the Southern District of California (since 2001), and the United States Court of Appeals for the Ninth Circuit (since 2000).

6. I have not been admitted to any other Bar, nor to practice before any other Court.

7. I have not been subject to disciplinary action by any Bar or court.

8. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 17th day of January, 2007 in Los Angeles, California.

Alycia A. Degen
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Ph. (213) 896-6000
Fax (213) 896-6600