UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――x
LOUISIANA WHOLESALE DRUG CO., :   Case No. 1:06-cv-02157-RWR
INC., on behalf of themselves and all :
others similarly situated, :   CLASS ACTION COMPLAINT
                                    :
            Plaintiffs, :   JURY TRIAL DEMANDED
   v.                               :
                                    :
ASTRAZENECA PHARMACEUTICALS :
LP., ASTRAZENECA L.P., ZENECA, :
INC., and ZENECA HOLDINGS, INC., :
                                    :
            Defendants. :
―――――――――――――――――――――x
BURLINGTON DRUG COMPANY, INC., :   Case No. 1:07-cv-00041-RWR
DIK DRUG COMPANY, and KING DRUG :
COMPANY OF FLORENCE, INC., on :   CLASS ACTION COMPLAINT
behalf of themselves and all others similarly :
situated, :   JURY TRIAL DEMANDED
                                    :
            Plaintiffs, :
   v.                               :
                                    :
ASTRAZENECA PHARMACEUTICALS :
LP., ASTRAZENECA L.P., ZENECA, :
INC., and ZENECA HOLDINGS, INC., :   **AFFIDAVIT OF SERVICE**
                                    :
            Defendants. :
―――――――――――――――――――――x

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

ADAM WEISS, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in White Plains, New York.

On the 1st day of February, 2007 at approximately 12:25 P.M. at Cohen, Milstein, Hausfeld & Toll, P.L.L.C., 150 E 52nd Street, 30th Floor, New York, NY 10022, I did serve LWD Plaintiffs'

Motion for Entry of Proposed Case Management Order No. 1, Memorandum in Support of LWD Plaintiffs' Motion for Entry of Proposed Case Management Order No. 1 and [Proposed] Case Management Order No. 1, by hand delivery upon Sharmaine Sotomayer.

 Sharmaine Sotomayer is a caucasian female, mid-20s with black hair.

_____<br>ADAM WEISS

Sworn to before me this
1st day of February, 2007

_____
Notary Public

JANET SEIDMAN
Notary Public State Of New York
No. 24-4705123
Qualified in Kings County
Commission Expires January 31, 20 /0