IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Burlington Drug Company, Inc.; DIK Drug Company; and :
King Drug Company of Florence, Inc., :
                    Plaintiffs, : Civil Case Number:
               v. : 1:07-cv-00041-RWR
AstraZeneca Pharmaceuticals L.P.; :
AstraZeneca L.P.; Zeneca, Inc.; :
and Zeneca Holdings, Inc., :
                    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION**

This Stipulation relates to the following actions:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR ("*Walgreen*");

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02089-RWR ("*Rite Aid*");

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02155-RWR ("*Meijer*");

- *Louisiana Wholesale Drug. Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02157-RWR ("*Louisiana Drug*"); and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:07-cv-00041-RWR ("*Burlington Drug*")

WHEREAS, the Complaints in the foregoing actions (the "Related Actions") were filed, and served on Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), on various dates between December 7, 2006, and January 12, 2007;

WHEREAS, the *Meijer, Louisiana Drug,* and *Burlington Drug* cases (collectively, the "Class Actions") were brought as putative class actions and the *Walgreen* and

*Rite Aid* cases (collectively, the "Non-Class Actions") were brought as individual, or non-class, actions;

WHEREAS, the Related Actions are related cases that involve substantially the same issues of law and fact;

WHEREAS, for the Court's and the parties' convenience, AstraZeneca seeks to file a single motion to dismiss the Complaints in all of the Related Actions, as well as a single reply to any opposition(s);

WHEREAS, the Plaintiffs in the Related Actions, for the Court's and the parties' convenience, seek to file a single, or at most, two, opposition(s) to AstraZeneca's motion to dismiss;

WHEREAS, to that end, on January 16 and 18, 2007, the parties filed Stipulations extending to February 2, 2007, the date for AstraZeneca to answer or otherwise respond to the Complaints in the Related Actions;

WHEREAS, the Plaintiffs in the Class Actions have indicated an intention to file an amended consolidated class action complaint (in lieu of the *Meijer, Louisiana Drug* and *Burlington Drug* complaints);

WHEREAS, the Plaintiffs in the Non-Class Actions have indicated an intention to file an amended complaint or amended complaints; and

WHEREAS, the Plaintiffs in the Non-Class Actions intend to designate one of the complaints in the Non-Class Actions as representative, so that the Non-Class Actions may be treated as one for the purposes of AstraZeneca's motion to dismiss,

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to the Related Actions, as follows:

2

1. By no later than February 28, 2007, Plaintiffs in the Class Actions shall either (a) file an amended consolidated class action complaint, or (b) notify AstraZeneca that they will not be amending their complaints.

2. By no later than February 28, 2007, Plaintiffs in the Non-Class Actions will (a) file any amended complaint(s), and (b) designate one of their complaints as representative, so that the Non-Class Actions may be treated as one for the purposes of AstraZeneca's motion to dismiss.

3. AstraZeneca will file and serve its motion to dismiss the Related Actions on or before March 28, 2007.

4. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than April 25, 2007.

5. AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but no later than May 16, 2007.

| | |
|---|---|
| By:_____/S/_____<br>David U. Fierst (D.C. Bar 912899)<br>STEIN, MITCHELL & MEZINES LLP<br>1100 Connecticut Ave, N.W.<br>Suite 1100<br>Washington, D.C. 20036<br>(202) 737-7777<br>(202) 296-8312<br>(signed by Mark E. Haddad with permission of David U. Fierst)<br>*Attorney for Plaintiffs* | By:_____/S/_____<br>Mark E. Haddad (D.C. Bar No. 442547)<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, California 90013<br>(213) 896-6000<br>(213) 896-6600 (fax)<br>*Attorney for Defendants* |

Dated: February 2, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Burlington Drug Company, Inc.; DIK Drug Company; and :
King Drug Company of Florence, Inc., :
:
        Plaintiffs, : Civil Case Number:
: 1:07-cv-00041-RWR
   v. :
:
AstraZeneca Pharmaceuticals L.P.; :
AstraZeneca L.P.; Zeneca, Inc.; :
and Zeneca Holdings, Inc., :
:
        Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER**

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that:

1. By no later than February 28, 2007, Plaintiffs in the Class Actions shall either (a) file an amended consolidated class action complaint, or (b) notify AstraZeneca that they will not be amending their complaints.

2. By no later than February 28, 2007, Plaintiffs in the Non-Class Actions will (a) file any amended complaint(s), and (b) designate one of their complaints as representative, so that the Non-Class Actions may be treated as one for the purposes of AstraZeneca's motion to dismiss.

3. AstraZeneca will file and serve its motion to dismiss the Related Actions on or before March 28, 2007.

4. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss twenty-eight (28) days thereafter, but not later than April 25, 2007.

2

     5.     AstraZeneca will file its reply brief in support of its motion to dismiss twenty-one (21) days thereafter, but no later than May 16, 2007.

     SO ORDERED this _____ day of _____, 2007:

_____
Judge Richard W. Roberts

**Copies to:**

David U. Fierst (D.C. Bar 912899)
Stein, Mitchell & Mezines LLP
1100 Connecticut Ave, N.W.
Suite 1100
Washington, D.C. 20036

Bruce E. Gerstein
Barry S. Taus
Brett Cebulash
Kevin S. Landau
Kimberly Hennings
Garwin Gerstein & Fisher LLP
1501 Broadway
Suite 1416
New York, New York 10011

L. Gregory Odom
Stuart Des Roches
Charles Zimmer II
Odom & Des Roches, LLP
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

David P. Smith
W. Ross Foote
Percy, Smith & Foote LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Daniel Berger
David F. Sorensen
Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Brent B. Barriere
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130

Adam Moskowitz
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, Florida 33134

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 2nd day of February, 2007, served a true and correct copy of the foregoing on counsel of record in this proceeding, by electronic means, as well as on all counsel listed below by United States mail, properly addressed and first class postage prepaid.

                                                         /S/
                                               Mark E. Haddad

| | |
|---|---|
| David U. Fierst (D.C. Bar 912899) | David P. Smith |
| Stein, Mitchell & Mezines LLP | W. Ross Foote |
| 1100 Connecticut Ave, N.W. | Percy, Smith & Foote LLP |
| Suite 1100 | 720 Murray Street |
| Washington, D.C. 20036 | P.O. Box 1632 |
| | Alexandria, LA 71309 |
| Bruce E. Gerstein | |
| Barry S. Taus | Daniel Berger |
| Brett Cebulash | David F. Sorensen |
| Kevin S. Landau | Eric L. Cramer |
| Kimberly Hennings | Berger & Montague, P.C. |
| Garwin Gerstein & Fisher LLP | 1622 Locust Street |
| 1501 Broadway | Philadelphia, PA 19103 |
| Suite 1416 | |
| New York, New York 10011 | Brent B. Barriere |
| | Phelps Dunbar LLP |
| L. Gregory Odom | 365 Canal Street, Suite 2000 |
| Stuart Des Roches | New Orleans, LA 70130 |
| Charles Zimmer II | |
| Odom & Des Roches, LLP | Adam Moskowitz |
| Suite 2020, Poydras Center | Kozyak Tropin & Throckmorton |
| 650 Poydras Street | 2525 Ponce de Leon Blvd., 9th Floor |
| New Orleans, LA 70130 | Miami, Florida 33134 |