UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ X
BURLINGTON DRUG COMPANY, INC.;   :   Civil Case Number:
DIK DRUG COMPANY; and KING       :   1:07-cv-00041-RWR
DRUG COMPANY OF FLORENCE,        :
INC., on behalf of themselves and all :
others similarly situated,       :
                                 :
                     Plaintiffs, :
            v.                   :
                                 :
ASTRAZENECA PHARMACEUTICALS      :
L.P., ASTRAZENECA L.P., ZENECA,  :
INC., and ZENECA HOLDINGS, INC.  :
                                 :
                     Defendants  :
_____ X
```

## STIPULATION

This Stipulation relates to the following actions:

- *Walgreen Co., et al. v. AstraZeneca Pharmaceuticals L.P., et al.*, No. 1:06-cv-02084-RWR;

- *Rite Aid Corporation, et al. v. AstraZeneca Pharmaceuticals L.P., et al.,* No. 1:06-cv-02089-RWR;

- *Meijer, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.,* No. 1:06-cv-02155-RWR;

- *Louisiana Wholesale Drug Co., Inc. v. AstraZeneca Pharmaceuticals L.P., et al.,* No. 1:06-cv-02157-RWR; and

- *Burlington Drug Company, Inc., et al. v. AstraZeneca Pharmaceuticals L.P., et al.,* No. 1:07-cv-00041-RWR.

WHEREAS, the Complaints in the Foregoing actions (the "Related Actions") were filed, and served on Defendants AstraZeneca Pharmaceuticals LP, AstraZeneca LP, Zeneca Inc., and Zeneca Holdings, Inc. (collectively, "AstraZeneca"), on various dates between December 7, 2006 and January 12, 2007;

WHEREAS, the parties previously filed stipulations extending to April 6, 2007, the date for AstraZeneca to answer or otherwise respond to the Complaints in the Related Actions;

WHEREAS, on February 28, 2007, the Plaintiffs in the Related Actions filed separate Amended Complaints;

WHEREAS, on April 6, 2007, AstraZeneca filed a single motion to dismiss the Amended Complaints in all of the Related Actions;

WHEREAS, the Plaintiffs in the Related Actions, for the Court's and the parties' convenience, seek to file a single, or at most, two, opposition(s) to AstraZeneca's motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys for the undersigned parties to the Related Actions, as follows:

1. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss forty-five (45) days thereafter, but not later than May 21, 2007.

2. AstraZeneca will file its reply brief in support of its motion to dismiss thirty (30) days thereafter, but not later than June 20, 2007.

| By: /s/ | By: /s/ |
|---|---|
| David U. Fierst (D.C. Bar 912899) | Mark E. Haddad (D.C. Bar No. 442547) |
| Stein, Mitchell & Mezines, LLP | SIDLEY AUSTIN LLP |
| 1100 Connecticut Avenue, N.W. | 555 West Fifth Street |
| Suite 1100 | Los Angeles, CA 90013 |
| Washington, DC 20036 | (213) 896-6000 |
| (202) 737-7777 | (213) 896-6600 (fax) |
| (202) 296-8312 (fax) | *Attorney for Defendants* |
| *Attorney for Plaintiffs* | (signed by David U. Fierst with permission of Mark E. Haddad) |

Dated: April 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ X
BURLINGTON DRUG COMPANY, INC.;   :   Civil Case Number:
DIK DRUG COMPANY; and KING       :   1:07-cv-00041-RWR
DRUG COMPANY OF FLORENCE,        :
INC., on behalf of themselves and all :
others similarly situated,        :
                                 :
                    Plaintiffs,  :
          v.                     :
                                 :
ASTRAZENECA PHARMACEUTICALS      :
L.P., ASTRAZENECA L.P., ZENECA,  :
INC., and ZENECA HOLDINGS, INC.  :
                                 :
                    Defendants   :
_____ X

**[PROPOSED] ORDER**

Upon consideration of the Stipulation in the present proceedings, and it appearing to the Court that the Stipulation should be so ordered, it is hereby,

ORDERED that the Stipulation is so ordered, and that:

1. Plaintiffs will file and serve their opposition(s) to AstraZeneca's motion to dismiss forty-five (45) days thereafter, but not later than May 21, 2007.

2. AstraZeneca will file its reply brief in support of its motion to dismiss thirty (30) days thereafter, but not later than June 20, 2007.

SO ORDERED this ____ day of _____, 2007:

_____
Judge Richard W. Roberts

**Copies to:**

Mark Haddad  
SIDLEY AUSTIN LLP  
555 West Fifth Street  
Los Angeles, CA 90013  

*Attorneys for Defendants*

John Treece  
SIDLEY AUSTIN LLP  
One South Dearborn  
Chicago, IL 60603  

David U. Fierst (D.C. Bar 912899)  
Stein, Mitchell & Mezines LLP  
1100 Connecticut Avenue, N.W.  
Suite 1100  
Washington, DC 20036  

David P. Smith, Esq.  
W. Ross Foote, Esq.  
Percy, Smith & Foote L.L.P.  
720 Murray Street  
P.O. Box 1632  
Alexandria, LA 71309  

Bruce E. Gerstein, Esq.  
Barry S. Taus, Esq.  
Brett Cebulash, Esq.  
Kevin S. Landau, Esq.  
Garwin Gerstein & Fisher LLP  
1501 Broadway  
Suite 1416  
New York, NY 10036  

Daniel Berger, Esq.  
David F. Sorensen, Esq.  
Eric Cramer, Esq.  
Berger & Montague  
1622 Locust Street  
Philadelphia, PA 19103  

J. Gregory Odom, Esq.  
Odom & Des Roches, LLP  
Suite 2020, Poydras Center  
650 Poydras Street  
New Orleans, LA 70130  

Brent B. Barriere, Esq.  
Phelps Dunbar LLP  
Canal Place  
365 Canal Street  
Suite 2000  
New Orleans, LA 70130  

Adam Moskowitz, Esq.  
Kozyak Tropin & Throckmorton, P.A.  
2525 Ponce de Leon Blvd., 9th Floor  
Miami, FL 33131  

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that I have this 19th day of April, 2007, served a true and correct copy of the foregoing on below-listed counsel of record in this proceeding, by electronic means, as well as by United States mail, properly addressed and first class postage prepaid.

                                                                /s/
                                              David U. Fierst

**COUNSEL OF RECORD:**

| | |
|---|---|
| Mark Haddad<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>*Attorneys for Defendants* | John Treece<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603 |
| Bruce E. Gerstein, Esq.<br>Barry S. Taus, Esq.<br>Brett Cebulash, Esq.<br>Kevin S. Landau, Esq.<br>Garwin Gerstein & Fisher LLP<br>1501 Broadway<br>Suite 1416<br>New York, NY 10036 | Daniel Berger, Esq.<br>David F. Sorensen, Esq.<br>Eric Cramer, Esq.<br>Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103 |
| J. Gregory Odom, Esq.<br>Odom & Des Roches, LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, LA 70130 | David P. Smith, Esq.<br>W. Ross Foote, Esq.<br>Percy, Smith & Foote L.L.P.<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309 |

Brent B. Barriere, Esq.
Phelps Dunbar LLP
Canal Place
365 Canal Street
Suite 2000
New Orleans, LA 70130

Adam Moskowitz, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33131

*Attorneys for Plaintiffs*