**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
-----------------------------------------------------------------X
LOUISIANA WHOLESALE DRUG CO.,
INC.
on behalf of itself and all others similarly
situated,
                Plaintiff,

         v.                                    CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
                Defendants.
-----------------------------------------------------------------X
BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, AND KING DRUG
COMPANY OF FLORENCE, INC.,on behalf
of themselves and all others similarly situated,
                Plaintiffs,
         v.                                    CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
                Defendants.
-----------------------------------------------------------------X
```

### PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiff Louisiana Wholesale Drug Co. hereby moves pursuant to LcvR 83.2(d) for the admission *pro hac vice* of W. Ross Foote.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

The motion is supported by the declaration of W. Ross Foote.

/s/ David U. Fierst
David U. Fierst, #912899
STEIN, MITCHELL, & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C.  20036
Tel: (202) 737-7777
Fax: (202) 296-8312

Dated: April 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
LOUISIANA WHOLESALE DRUG CO., INC.
on behalf of itself and all others similarly
situated,
         Plaintiff,

v.                                                           CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
         Defendants.
---------------------------------------------------------------X
BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, AND KING DRUG
COMPANY OF FLORENCE, INC.,on behalf
of themselves and all others similarly situated,
         Plaintiffs,

v.                                                           CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
         Defendants.
---------------------------------------------------------------X

## DECLARATION OF W. ROSS FOOTE, ESQ.

W. ROSS FOOTE, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1.    I am a member of the firm Percy, Smith & Foote, LLP. My firm has been retained to represent Plaintiffs in the above-captioned matter.

2.    My office address is P.O. Box 1632, 720 Murray Street, Alexandria, Louisiana, 71309, and my office telephone number is (318) 445-4480.

3.    I am admitted to practice before the Louisiana State bar (1978). I was also

admitted to the United States District Court for the Western District of Louisiana in 1978 and to the Court of Appeals, Fifth Circuit 1978. I was also admitted to the United States District Court for the Eastern District of Louisiana in 1978; however, I was placed on inactive status in the United States District Court for the Eastern District of Louisiana in 1990 upon election to the Ninth Judicial District Court, Parish of Rapides, State of Louisiana. I retired from judicial service on July 15, 2004.

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court once within the last two years, in the matter of *Louisiana Wholesale Drug Company, Inc. v. Warner Chilcott Public Limited Co.*, et al., No. 05-02210 (CKK) on behalf of plaintiff Louisiana Wholesale Drug Company.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia bar and do not have an application for membership pending.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: April 17, 2007

_____

W. Ross Foote, Esq.
Percy, Smith & Foote, LLP
P.O. Box 1632
720 Murray Street
Alexandria, LA 71309
Tel: (318) 445- 4480
Fax: (318) 487-1741