UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO.,
INC. on behalf of itself and all others
similarly situated,
    Plaintiff,

 v.             CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
    Defendants.

-----------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
    Plaintiffs,

 v.             CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
    Defendants
-----------------------------------------------------------------X

**PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE***

  Plaintiff Louisiana Wholesale Drug Co. Hereby moves pursuant to LcvR 83.2(d) for the admission *pro hac vice* of Stuart E. Des Roches.

  The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

  The motion is supported by the declarations of Stuart E. Des Roches.

/s/ David U. Fierst
David U. Fierst, #912899
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

Dated: April 13. 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------X

LOUISIANA WHOLESALE DRUG CO.,
INC. on behalf of itself and all others
similarly situated,
          Plaintiff,

v.                          CIVIL ACTION NO. 1:06-cv-02157-RWR

ASTRAZENECA PHARMACEUTICALS
L.P.; ASTRAZENECA L.P.; ZENECA, INC.;
and ZENECA HOLDINGS, INC.,
          Defendants.

-----------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
          Plaintiffs,

v.                          CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
          Defendants

-----------------------------------------------------------------X

## DECLARATION OF STUART E. DES ROCHES, ESQ.

STUART E. DES ROCHES, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1.    I am an attorney of the firm Odom & Des Roches LLP. My firm has been retained to represent Plaintiffs in the above-captioned matters.

2.    My office address is Suite 2020, Poydras Center, 650 Poydras Street, New Orleans, LA 70130, and my office telephone number is (504) 522-0077.

3.  I am admitted to practice before the Louisiana State bar; the United States Court of Appeals, Third and Fifth Circuits; the United States District Court, Eastern, Middle, and Western Districts of Louisiana, and the United States Supreme Court.

4.  I have not been disciplined by any bar.

5.  I do not engage in the practice of law from an office located in the District of Columbia.

6.  I am not a member of the District of Columbia bar and do not have an application for membership pending.

7.  Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

8.  I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: April 13, 2007

Stuart E. Des Roches
Odom & Des Roches LLP
Suite 2020 Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone: 504.522.0077