## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on behalf
of themselves and all others similarly situated,
                              Plaintiffs,

           v.                                CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                              Defendants
---------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company of Florence, Inc. hereby move pursuant to LcvR 83.2(d) for the admission *pro hac vice* of Bruce E. Gerstein.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

The motion is supported by the declarations of Bruce E. Gerstein.

                                        /s/ David U. Fierst
                                        David U. Fierst, #912899
                                        STEIN, MITCHELL & MEZINES LLP
                                        1100 Connecticut Avenue, N.W.
                                        Suite 1100
                                        Washington, D.C. 20036
                                        Tel: (202) 737-7777
                                        Fax: (202) 296-8312

Dated: May 31, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
                      Plaintiffs,

v.                                      CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                      Defendants

---------------------------------------------------------------X

## DECLARATION OF BRUCE E. GERSTEIN, ESQ.

BRUCE E. GERSTEIN, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1.    I am a partner of the firm Garwin Gerstein & Fisher LLP. My firm has been retained to represent Plaintiffs in the above-captioned matters.

2.    My office address is 1501 Broadway, Suite 1416, New York, NY 10036, and my office telephone number is (212) 398-0055.

3.    I am admitted to practice before the New York State bar, as well as the bars of the following federal courts: United States District Courts for the Southern, Western and Eastern Districts of New York; United States District Court for the Eastern District of Michigan; United States Court of Appeals for the First Circuit; United States Court of Appeals for the Second Circuit; United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Fourth Circuit; United States Court of Appeals for the Fifth Circuit; United States Court of

Appeals for the Sixth Circuit; United States Court of Appeals for the Seventh Circuit; United States Court of Appeals for the Ninth Circuit; and the United States Court of Appeals for the Eleventh Circuit.

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* in this Court three times within the last four years, in the matter of *In Re Nifedipine Antitrust Litigation*, No. 03-00223 (RJL), on behalf of plaintiff Rochester Drug Cooperative, in the matter of *Louisiana Wholesale Drug Co., Inc. et al. v. Biovail Corp. et al.*, No. 04-2235 (JR), on behalf of plaintiffs Louisiana Wholesale Drug Company and Rochester Drug Cooperative, in the matter of *Louisiana Wholesale Drug Company, Inc. v. Warner Chilcott Public Limited Co.*, et al., No. 05-02210 (CKK) on behalf of plaintiffs Louisiana Wholesale Drug Company, as well as in the matter of *Louisiana Wholesale Drug Co., Inc. et al, v. AstraZeneca Pharmaceuticals L.P. et al*, No. 06-02157 (RWR) on behalf of plaintiffs Louisiana Wholesale Drug Company.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia bar and do not have an application for membership pending.

8. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

9. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: May 31, 2007

                                                  Bruce E. Gerstein, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055