**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-----------------------------------------------------------------X
```

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
                            Plaintiffs,

        v.                                          CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                            Defendants
```
-----------------------------------------------------------------X
```

**PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company

of Florence, Inc.  hereby move pursuant to LcvR 83.2(d) for the admission *pro hac vice* of

Archana Tamoshunas.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this

Court in good standing.

The motion is supported by the declarations of Archana Tamoshunas.

/s/ David U. Fierst
David U. Fierst, #912899
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 737-7777
Fax: (202) 296-8312

Dated: May 17, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

--------------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
 DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
                              Plaintiffs,

        v.                                               CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                              Defendants
--------------------------------------------------------------------X


**DECLARATION OF ARCHANA TAMOSHUNAS, ESQ.**

ARCHANA TAMOSHUNAS, seeking admission *pro hac vice* to the bar of this Court in

the above-captioned matter, hereby declares as follows under penalty of perjury:

1.      I am an attorney of the firm Garwin Gerstein & Fisher LLP.  My firm has been

retained to represent Plaintiffs in the above-captioned matters.

2.      My office address is 1501 Broadway, Suite 1416, New York, NY 10036, and my

office telephone number is (212) 398-0055.

3.      I am admitted to practice before the New York State bar, as well as the bars of the

United States District Courts for the Southern and Eastern Districts of New York.

4.      I have not been disciplined by any bar.

5.      I have never been admitted *pro hac vice* in this Court.  However, my application

for admission to this Court in the matter of *Louisiana Wholesale Drug Co., Inc. et al, v.*

*AstraZeneca Pharmaceuticals L.P. et al,* No. 06-02157 (RWR) on behalf of plaintiffs Louisiana

Wholesale Drug Company is currently pending.

6.      I do not engage in the practice of law from an office located in the District of

Columbia.

7.      I am not a member of the District of Columbia bar and do not have an application

for membership pending.

8.      Given my experience and my familiarity with the issues involved in this matter,

my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the

efficient litigation of this matter.

9.      I respectfully request that this Court grant my application to appear and participate

*pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are

true.

Dated: May 17, 2007

_____
Archana Tamoshunas, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

2