UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X

BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on behalf
of themselves and all others similarly situated,
                           Plaintiffs,

        v.                                      CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                           Defendants

-----------------------------------------------------------------X

## PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Burlington Drug Company, Inc., Dik Drug Company, and King Drug Company of Florence, Inc. hereby move pursuant to LcvR 83.2(d) for the admission *pro hac vice* of Kevin S. Landau.

The undersigned sponsoring counsel, David U. Fierst, is a member of the Bar of this Court in good standing.

The motion is supported by the declarations of Kevin S. Landau.

                                                  /s/ David U. Fierst
                                                  David U. Fierst, #912899
                                                  STEIN, MITCHELL & MEZINES LLP
                                                  1100 Connecticut Avenue, N.W.
                                                  Suite 1100
                                                  Washington, D.C. 20036
                                                  Tel: (202) 737-7777
                                                  Fax: (202) 296-8312

Dated: May 18, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------X
BURLINGTON DRUG COMPANY, INC.,
DIK DRUG COMPANY, and KING DRUG
COMPANY OF FLORENCE, INC., on
behalf of themselves and all others similarly
situated,
                     Plaintiffs,

v.                                              CIVIL ACTION NO. 1:07-cv-00041-RWR

ASTRAZENECA PHARMACEUTICALS
L.P., ASTRAZENECA L.P., ZENECA, INC.,
and ZENECA HOLDINGS, INC.,
                     Defendants
-----------------------------------------------------------------X

### DECLARATION OF KEVIN S. LANDAU, ESQ.

KEVIN S. LANDAU, seeking admission *pro hac vice* to the bar of this Court in the above-captioned matter, hereby declares as follows under penalty of perjury:

1.     I am a member of the firm Garwin Gerstein & Fisher LLP, attorneys for Plaintiffs in the above-captioned matters.

2.     My office address is 1501 Broadway, Suite 1416, New York, NY 10036, and my office telephone number is (212) 398-0055.

3.     I am admitted to practice before the New York State bar, as well as the United States District Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals for the Eleventh Circuit.

4.     I have not been disciplined by any bar.

5.     I have been admitted *pro hac vice* in this Court three times, in the matter of *In Re Nifedipine Antitrust Litigation*, No. 03-00223 (RJL), on behalf of plaintiff Rochester Drug

Cooperative, in the matter of *Louisiana Wholesale Drug Co., Inc. et al. v. Biovail Corp. et al.*, No. 04-2235 (JR), on behalf of plaintiffs Louisiana Wholesale Drug Company and Rochester Drug Cooperative, as well as in the matter of *Louisiana Wholesale Drug Company, Inc. v. Warner Chilcott Public Limited Co.*, et al., No. 05-02210 (CKK) on behalf of plaintiffs Louisiana Wholesale Drug Company. My application for admission to this Court in the matter of *Louisiana Wholesale Drug Co., Inc. et al, v. AstraZeneca Pharmaceuticals L.P. et al*, No. 06-02157 (RWR) on behalf of plaintiffs Louisiana Wholesale Drug Company is currently pending.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia bar and do not have an application for membership pending.

8. I have been requested to represent Plaintiffs in this matter.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Subject to the penalties of perjury, I declare that the foregoing statements made by me are true.

Dated: May 17, 2007

Kevin S. Landau, Esq.
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055