UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
WALGREEN COMPANY et al.,       )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 06-2084 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
L.P. et al.,                   )
                               )
        Defendants.            )
_____)
                               )
RITE AID CORPORATION et al.,   )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 06-2089 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
L.P. et al.,                   )
                               )
        Defendants.            )
_____)
                               )
MEIJER, INC. et al.,           )
                               )
        Plaintiffs,            )
                               )
        v.                     )    Civil Action No. 06-2155 (RWR)
                               )
ASTRAZENECA PHARMACEUTICALS    )
L.P. et al.,                   )
                               )
        Defendants.            )
_____)
```

-2-

```
_____
                                )
LOUISIANA WHOLESALE DRUG        )
CO., INC. et al.,               )
                                )
        Plaintiffs,             )
                                )
        v.                      )   Civil Action No. 06-2157 (RWR)
                                )
ASTRAZENECA PHARMACEUTICALS     )
LP et al.,                      )
                                )
        Defendants.             )
_____ )
                                )
BURLINGTON DRUG COMPANY,        )
INC. et al.,                    )
                                )
        Plaintiffs,             )
                                )
        v.                      )   Civil Action No. 07-0041 (RWR)
                                )
ASTRAZENECA PHARMACEUTICALS     )
LP et al.,                      )
                                )
        Defendants.             )
_____ )
```

**<u>FINAL ORDER</u>**

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that, in Civil Action 06-2084, the defendants' motion [29] to dismiss be, and hereby is, GRANTED, and the remaining pending motions [40, 41, and 43] be, and hereby are, DENIED as moot. It is further

ORDERED that, in Civil Action 06-2089, the defendants' motion [27] to dismiss be, and hereby is, GRANTED, and the

-3-

remaining pending motions [36, 37, and 39] be, and hereby are, DENIED as moot.  It is further

ORDERED that, in Civil Action 06-2155, the defendants' motion [20] to dismiss be, and hereby is, GRANTED, and the remaining pending motions [26, 27, 29, 31, and 32] be, and hereby are, DENIED as moot.  It is further

ORDERED that, in Civil Action 06-2157, the defendants' motion [30] to dismiss be, and hereby is, GRANTED, and the remaining pending motions [46, 48, 50, 55, and 57] be, and hereby are, DENIED as moot.  It is further

ORDERED that, in Civil Action 07-41, the defendants' motion [20] to dismiss be, and hereby is, GRANTED, and the remaining pending motions [39, 41, and 43] be, and hereby are DENIED as moot.

This is a final, appealable order.

SIGNED this 25th day of February, 2008.

                                                /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge